# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153609(21)(23)

JOSEPH CONSTANT,
   Plaintiff,

v

           SC: 153609
           AGC: 1770-15

ATTORNEY GRIEVANCE COMMISSION,
   Defendant.
_____/

   On order of the Chief Justice, plaintiff's motions to file a second amended motion for reconsideration and to exceed the page limitation for a motion for reconsideration are GRANTED. The second amended motion for reconsideration submitted on February 15, 2017, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    February 17, 2017

